ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeals of -                                    )
                                               )
Watts Constructors, LLC                        )    ASBCA Nos.    61518, 61961, 62479
                                               )
Under Contract No.    W9128F-14-C-0024         )

APPEARANCES FOR THE APPELLANT:        Sara Beiro Farabow, Esq.
                                      Michael E. Wagner, Jr., Esq.
                                      David A. Blake, Esq.
                                        Seyfarth Shaw LLP
                                        Washington, D.C.


APPEARANCES FOR THE GOVERNMENT:       Michael P. Goodman, Esq.
                                        Engineer Chief Trial Attorney
                                      Stanley E. Tracey, Esq.
                                      William G. Latka, Esq.
                                      Erin K. Murphy, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Omaha

ORDER OF DISMISSAL

The dispute has been settled.  The appeals are dismissed with prejudice.

Dated:  November 12, 2020

ELIZABETH WITWER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed
Services Board of Contract Appeals in ASBCA Nos. 61518, 61961, 62479, Appeals of
Watts Constructors, LLC, rendered in conformance with the Board's Charter.

Dated:  November 12, 2020

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals